UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brandon G. Adams,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Nevada Department of Motor Vehicles, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-01152-RFB-DJA<br><br>**Order** |

　　　This matter is before the Court on Plaintiff's filing of a complaint on July 18, 2022.  Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*.  Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee.  The Court will grant Plaintiff one opportunity to file such an application within 30 days.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **August 19, 2022** to proceed with this case.

　　　**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

　　　**IT IS FURTHER ORDERED** that on or before **August 19, 2022,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

     **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **August 19, 2022**, the Court will recommend dismissal of this action.

DATED: July 21, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE