# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### * * *

| | |
|---|---|
| Brandon G. Adams,<br><br>               Plaintiff,<br><br>    v.<br><br>Nevada Department of Motor Vehicles, et al.,<br><br>               Defendants. | Case No. 2:22-cv-01152-RFB-DJA<br><br>**Report and Recommendation** |

On July 18, 2022, Plaintiff Brandon G. Adams filed initiating documents unaccompanied by an application to proceed *in forma pauperis* or a filing fee. (ECF No. 1). The Court ordered Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* on or before August 19, 2022. (ECF No. 4). In doing so, the Court explained that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **August 19, 2022**, the Court will recommend dismissal of this action." (*Id.*) (emphasis in original). To date, the Court has not received an application or filing fee from Plaintiff.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a

timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 6, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE