UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brandon G. Adams,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Nevada Department of Motor Vehicles, *et al.*,<br><br>　　　　　　　　Defendant(s). | Case No. 2:22-cv-01152-RFB-DJA<br><br>**<u>ORDER</u>** |

　　　Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the Honorable Daniel J. Albregts, United States Magistrate Judge, entered October 6, 2022.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 20, 2022. No compliant objections have been filed by the Plaintiff. <u>See</u> 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). Rather, Plaintiff has filed a series of entries that do not address any aspect of the Magistrate Judge's Report and Recommendation. <u>See</u> ECF Nos. 14-28. In sum,

1 the Court has reviewed the record in this case and concurs with the Magistrate Judge's
2 recommendations.
3     **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 13) is
4 ACCEPTED and ADOPTED in full.
5     **IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice, and the
6 Clerk of the Court is ordered to close the case.

    DATED: December 5, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**